# Third District Court of Appeal

## State of Florida

Opinion filed March 6, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-570
Lower Tribunal No. 99-31782C
_____

**Christian Echevarria,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Carlos J. Martinez, Public Defender, and Jonathan Greenberg, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Linda S. Katz, Assistant Attorney General, for appellee.

Before FERNANDEZ, LOGUE, and SCALES, JJ.

LOGUE, J.

Christian Echevarria was charged with one count of first-degree murder and one count of robbery with a deadly weapon for a crime he committed when he was fifteen years of age. He entered a plea to second-degree murder and robbery with a deadly weapon. In 2000, he was sentenced to concurrent sentences of thirty-five years for each count. In 2017, he filed a motion for post-conviction relief arguing his lengthy sentences for the crimes he committed as a juvenile violate Graham v. Florida, 560 U.S. 48 (2010), Miller v. Alabama, 567 U.S. 460 (2012), and their Florida progeny. The trial court denied the motion and Echevarria appealed. We affirm under the authority of Pedroza v. State, 244 So. 3d 1128, 1129 (Fla. 4th DCA 2018), review granted, No. SC18-964, 2018 WL 6433136, at *1 (Fla. Dec. 6, 2018).

Affirmed.